# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

GERMOL PAUL

VERSUS

JADEN LEBEAN, LOUISIANA FARM
BUREAU CASUALTY INSURANCE
COMPANY, COLLIN CARMOUCHE,
PROGRESSIVE SECURITY
INSURANCE COMPANY, ALLSTATE
PROPERTY AND CASUALTY
INSURANCE COMPANY AND
PROGRESSIVE INSURANCE
COMPANY AND/OR UNITED
FINANCIAL CASUALTY COMPANY

NO.   2024 CW 0433

**DECEMBER 16, 2024**

---

In Re:    Germol Paul, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge, No.
          740567.

---

**BEFORE:    WOLFE, HESTER, AND MILLER, JJ.**

**WRIT DISMISSED.**   Pursuant to the motion for dismissal filed
by relator herein, this writ is dismissed.

EW
CHH
SMM

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT